IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOHN I. HAAS, INC. et. al., )
)
    Plaintiffs, )
)
v. ) Civil Action No. WMN-98-1964
)
ENGLISH HOP PRODUCTS, LTD. et al.,)
)
    Defendants. )

## SUPPLEMENTAL ORDER STAYING PROCEEDINGS
## PENDING SETTLEMENT NEGOTIATIONS

Having given due consideration to Plaintiffs' and Defendants' Joint Motion for a Supplemental Stay of Proceedings Pending Settlement Negotiations, and the Memorandum filed in support thereof,

IT IS HEREBY ORDERED that all proceedings, including discovery and other deadlines in this case, are stayed for three (3) months until February 29, 2000.

IT IS SO ORDERED this 30th day of November, 1999.

_____
UNITED STATES DISTRICT JUDGE