IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOHN I. HAAS, INC. *et. al.*,          )
                                        )
      Plaintiffs,               )
                                        )
v.                                      )    Civil Action No. WMN-98-1964
                                        )
ENGLISH HOP PRODUCTS, LTD. *et al.*,   )
                                        )
      Defendants.               )

### SECOND SUPPLEMENTAL ORDER STAYING PROCEEDINGS PENDING SETTLEMENT NEGOTIATIONS

Having given due consideration to Plaintiffs' and Defendants' Joint Motion for a Second Supplemental Stay of Proceedings Pending Settlement Negotiations, and the Memorandum filed in support thereof,

IT IS HEREBY ORDERED that all proceedings, including discovery and other deadlines in this case, are stayed for one (1) month until March 31, 2000.

IT IS SO ORDERED this 1st day of March, 2000.

_____
UNITED STATES DISTRICT JUDGE

1-WA/1371239.1