IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN I. HAAS, INC. *et. al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. WMN-98-1964 |
| ) | |
| ENGLISH HOP PRODUCTS, LTD. *et al.*, ) | |
| ) | |
| Defendants. ) | |

### MOTION TO SEAL
### PLAINTIFFS' AND DEFENDANTS' MEMORANDUM
### IN SUPPORT OF THEIR JOINT MOTION FOR A
### THIRD SUPPLEMENTAL STAY OF PROCEEDINGS
### PENDING SETTLEMENT NEGOTIATIONS

Pursuant to Local Rule 105.11, Plaintiffs and Defendants (collectively, the "Parties") hereby jointly move this Court for an order sealing Plaintiffs' and Defendants' Memorandum in Support of Their Joint Motion for a Third Supplemental Stay of Proceedings. The Parties note with appreciation that this Court granted their previous motions to stay proceedings pending settlement negotiations. In support of their Joint Motion for a Third Supplemental Stay of Proceedings, the Parties wish to provide confidential business information to the Court. In further support of this motion, the Parties submit the following:

1. This Court has been extremely helpful in providing an atmosphere conducive to productive settlement negotiations. In requesting the instant stay of proceedings, the Parties wish to reassure the Court that they have diligently applied themselves to the task of resolving the pending

GRANTED    THIS 28th DAY
OF _____, 20 00
_____
UNITED STATES DISTRICT JUDGE