IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOHN I. HAAS, INC., <u>et al.</u>      :
                                                          :
v.                                                    :  Civil Action WMN-98-1964
                                                          :
ENGLISH HOP PRODUCTS, INC.,    :
   <u>et al.</u>                             :

<u>ORDER</u>

     Before the Court is Plaintiffs' and Defendants' Joint Motion for a Third Supplemental Stay of Proceedings Pending Settlement Negotiations. The parties indicate that additional time is needed to permit them to complete ongoing settlement negotiations.

     Accordingly, IT IS this 28th day of April, 2000, by the United States District Court for the District of Maryland, ORDERED:

     1. That all scheduling is hereby stayed and that this case is ADMINISTRATIVELY CLOSED with the right of any party to move to reopen for good cause shown within four months from the date of this Order; and

     2. That the Clerk of the Court shall mail or transmit copies of this Order to all counsel of record.

                                                      _____
                                                      William M. Nickerson
                                                      United States District Judge