IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN I. HAAS, INC. *et. al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ENGLISH HOP PRODUCTS, LTD. *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. WMN-98-1964 |

## ORDER DISMISSING WITHOUT PREJUDICE

Having given due consideration to Plaintiffs' and Defendants' Joint Motion to Dismiss Without Prejudice, and the Memorandum filed in support thereof,

IT IS HEREBY ORDERED that the above-captioned case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 28 day of August, 2000.

_____
UNITED STATES DISTRICT JUDGE
for Judge Nickerson

28 2000

1-WA/1463875.1